# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kelly A Piehl<br>John S. Piehl<br>　　　　　Debtors | CHAPTER 13 |
| Ditech Financial LLC, its successors and/or assigns<br>　　　　　Movant<br>　　vs.<br>Kelly A Piehl<br>John S. Piehl<br>　　　　　Debtors | NO. 18-10177 ref |
| Frederick L. Reigle Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of Ditech Financial LLC, which was filed with the Court on or about February 9, 2018, Document No. 10.

Respectfully submitted,

**/s/ Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
rsolarz@kmllawgroup.com
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

July 12, 2018