# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
# READING DIVISION

| | |
|---|---|
| In re:<br><br>    John S. Piehl<br>    Kelly A. Piehl<br><br>                    **Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10177-REF** |

## ORDER

AND NOW, upon consideration of the Debtors' Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code as to Debtor-Husband only, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtors to request the voluntary dismissal of the Chapter 13 proceeding,

IT IS HEREBY ORDERED that the Chapter 13 bankruptcy proceeding filed by the Debtors and docketed to No. 18-10177-REF in the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby DISMISSED, as to Debtor-Husband only, and not as to the Debtor-Wife, without prejudice.

**By the Court:**

**Date: November 14, 2018**

_____

**Richard E. Fehling**
**United States Bankruptcy Judge**