United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-10177-ref
John S. Piehl                                                       Chapter 13
Kelly A Piehl
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 2            Date Rcvd: Nov 14, 2018
                              Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
```
db/jdb         +John S. Piehl,    Kelly A Piehl,    15 Klapperthal Road,    Reading, PA 19606-9504
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14038523       +Acc Adv Agnc,    510 N Park Rd,    Wyomissing, PA 19610-2941
14038524       +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14038531       +Byl Svc,    301 Lacey St,    West Chester, PA 19382-3727
14038533       +Credit Protection Asso,    13355 Noel Rd Ste 2100,    Dallas, TX 75240-6837
14038534     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court: Ditech Financial Llc,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
14046177       +Ditech Financial LLC,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
                 Philadelphia, PA 19106-2312
14038535       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14209306       +LSF10 Master Participation Trust c/o Caliber Home,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14068197       +Met Ed,    101 Crawford's Corner Rd Bldg # 1 Suite,     Holmdel, NJ 07733-1976
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 15 2018 03:55:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 15 2018 03:55:52     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14063247        E-mail/Text: bankruptcy.bnc@ditech.com Nov 15 2018 03:55:06
                 Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
                 Rapid City, South Dakota 57709-6154
14077476        E-mail/Text: bkr@cardworks.com Nov 15 2018 03:54:53     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14055496       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2018 03:55:35     MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
14038536       +E-mail/Text: bkr@cardworks.com Nov 15 2018 03:54:53     Merrick Bank Corp,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
14038537       +E-mail/Text: bankruptcydpt@mcmcg.com Nov 15 2018 03:55:35     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
                                                                                               TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +LSF10 Master Participation Trust c/o Caliber Home,     13801 Wireless Way,
                 Oklahoma City, OK 73134-2500
14038525*      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14038526*      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14038527*      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14038528*      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14038529*      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14038530*      +Arcadia,    645 Penn St,    Reading, PA 19601-3543
14038532     ##+Commercial Acceptance,    2 W. Main St,    Shiremanstown, PA 17011-6326
                                                                                TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: pdf900          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Kelly A Piehl tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Debtor John S. Piehl tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| In re:<br><br>    John S. Piehl<br>    Kelly A. Piehl<br><br>                    **Debtors** | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 18-10177-REF** |
|---|---|

**ORDER**

AND NOW, upon consideration of the Debtors' Application to Voluntarily Dismiss Chapter 13 Proceeding Pursuant to Section 1307(b) of the United States Bankruptcy Code as to Debtor-Husband only, and it appearing that Section 1307(b) of the United States Bankruptcy Code permits the Debtors to request the voluntary dismissal of the Chapter 13 proceeding,

IT IS HEREBY ORDERED that the Chapter 13 bankruptcy proceeding filed by the Debtors and docketed to No. 18-10177-REF in the United States Bankruptcy Court for the Eastern District of Pennsylvania is hereby DISMISSED, as to Debtor-Husband only, and not as to the Debtor-Wife, without prejudice.

By the Court:

**Date: November 14, 2018**

_____
**Richard E. Fehling
United States Bankruptcy Judge**