United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-10177-ref
Kelly A Piehl                                                           Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4           User: Keith              Page 1 of 1           Date Rcvd: Nov 15, 2018
                               Form ID: 155             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
jdb           +Kelly A Piehl,   15 Klapperthal Road,   Reading, PA 19606-9504

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
      BRENNA HOPE MENDELSOHN    on behalf of Joint Debtor Kelly A Piehl tobykmendelsohn@comcast.net
      BRENNA HOPE MENDELSOHN    on behalf of Debtor John S. Piehl tobykmendelsohn@comcast.net
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      REBECCA ANN SOLARZ    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
      ROLANDO   RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
       RRamos-Cardona@fredreiglech13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM   MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                         TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kelly A Piehl
    Debtor(s)

Chapter: 13

Bankruptcy No: 18−10177−ref

___

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 15, 2018 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Richard E. Fehling
Chief Judge ,
United States Bankruptcy Court

27
Form 155