*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kelly A Piehl
    Debtor(s)

Case No: 18−10177−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Supplemental Application for Compensation for BRENNA HOPE MENDELSOHN, Debtor's Attorney, Fee: $2000.00, Expenses: $0.00. Filed by BRENNA HOPE MENDELSOHN.

on: 8/15/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 7/19/19

Timothy B. McGrath
Clerk of Court

49 − 45
Form 167