United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                        Case No. 18-10177-elf
Kelly A Piehl                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4        User: Keith         Page 1 of 1            Date Rcvd: Jul 19, 2019
                            Form ID: 167        Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
```
jdb          +Kelly A Piehl,   15 Klapperthal Road,   Reading, PA 19606-9504
cr           +LSF10 Master Participation Trust c/o Caliber Home,   13801 Wireless Way,
              Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 19, 2019 at the address(es) listed below:
```
          BRENNA HOPE MENDELSOHN   on behalf of Joint Debtor Kelly A Piehl tobykmendelsohn@comcast.net
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JEREMY JOHN KOBESKI   on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
           ecf_frpa@trustee13.com
          ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 8
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Kelly A Piehl
     Debtor(s)

Case No: 18–10177–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

Supplemental Application for Compensation for BRENNA HOPE
MENDELSOHN, Debtor's Attorney, Fee: $2000.00, Expenses:
$0.00. Filed by BRENNA HOPE MENDELSOHN.

on: 8/15/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400
Washington Street, Reading, PA 19601

For The Court

Date:  7/19/19

Timothy B. McGrath
Clerk of Court