UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Kelly S. Piehl,                : Chapter 13
        Debtor                    : Bankruptcy No. 18-10177-elf

## ORDER

AND NOW, this \_\_13th\_\_ day of \_\_September, 2019\_\_, upon consideration of the Application for Compensation filed by the Debtors' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

1. The Supplemental Application is **GRANTED**. [for services rendered through August 15, 2019.]

2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $2,000.00.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. § 1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), **the allowed compensation set forth in ¶2 .**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**