**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   Kelly A. Piehl<br>            Debtor<br><br>LSF10 Master Participation Trust, or its<br>Successor or Assignee<br>            Movant<br>      vs.<br><br>Scott F. Waterman (Chapter 13), Trustee<br>Kelly A. Piehl<br>            Respondents | Chapter 13<br>Bankruptcy No. 18-10177-pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

LSF10 Master Participation Trust or its Successor or Assignee, has filed a Motion for Relief from the Automatic Stay with the court for requesting Relief from the automatic stay as to property at 15 Klapperthal Road, Reading, PA 19606.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

     1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 9, 2020 you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            United States Bankruptcy Court
            For the Eastern District of Pennsylvania
            The Gateway Building
            201 Penn Street, 4th Floor
            Reading, Pennsylvania 19601

    If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the Movant's attorney:

            Ann E. Swartz, Esquire
            McCabe, Weisberg & Conway, LLC
            123 S. Broad Street, Suite 1400

       Philadelphia, PA 19109
       Phone: 215-790-1010
       Fax: 215-790-1274

  2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3. A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on April 28, 2020, at 10:00a.m. in 4th floor Courtroom, United States Bankruptcy Court, The Gateway Building, 201 Penn Street, 4th Floor, Reading, Pennsylvania 19601.

  4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5. You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 26, 2020