**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Kelly A. Piehl<br>             Debtor<br><br>LSF10 Master Participation Trust, or its<br>Successor or Assignee<br>             Movant<br>       vs.<br><br>Scott F. Waterman (Chapter 13), Trustee<br>Kelly A. Piehl<br>             Respondents | Chapter 13<br>Bankruptcy No. 18-10177-pmm |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CERTIFICATION OF SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Ann E. Swartz, attorney for LSF10 Master Participation Trust, hereby certify that I served a true and correct copy of the foregoing Motion for Relief from Automatic Stay and Certification of Service of Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: March 26, 2020

| | | |
|---|---|---|
| Kelly A. Piehl<br>15 Klapperthal Rd<br>Reading, PA 19606 | Brenna Hope Mendelsohn<br>Mendelsohn & Mendelsohn, PC<br>637 Walnut Street<br>Reading, PA 19601<br>Attorney for Debtor | Scott F. Waterman (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>Trustee |

/s/ Ann E. Swartz
MARGARET GAIRO, ESQUIRE ID # 34419
MARISA MYERS COHEN, ESQUIRE ID # 87830
ANN E. SWARTZ, ESQUIRE ID #201926
LAUREN M. MOYER, ESQUIRE ID # 320589
JOHN M. KOLESNIK, ESQUIRE ID # 308877
Attorney for LSF10 Master Participation Trust
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com