## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:    Kelly A. Piehl<br><br>                    Debtor(s)<br>        and<br><br>John S. Piehl<br><br>                    Codebtor(s)<br><br>LSF10 Master Participation Trust, or its Successor or Assignee<br>                    Movant<br>        vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Kelly A. Piehl<br>John S. Piehl<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 18-10177-pmm |

## SETTLEMENT STIPULATION

WHEREAS, on January 11, 2018, Kelly A. Piehl (the "Debtor") filed a Petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Pennsylvania;

WHEREAS, on March 26, 2020, LSF10 Master Participation Trust (Movant) filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. Section 362(a) (the "Motion") regarding property located at: 15 Klapperthal Road, Reading, Pennsylvania 19606;

WHEREAS, Movant and the Debtor are desirous of settling the dispute among and between themselves;

NOW THEREFORE, each in consideration of the promises of the other and intending to be legally bound, subject to the approval of the Bankruptcy Court, it is hereby agreed by and among counsel for Movant, by and through its attorneys, ANN E. SWARTZ, ESQUIRE, and LAUREN M. MOYER, ESQUIRE, and the Debtor, by and through his/her counsel, BRENNA

HOPE MENDELSOHN, (ADebtor's Counsel") as follows:

1. The parties hereby certify that the post-petition delinquency is $3,505.00, consisting of post-petition payments and late charges for the months of January 1, 2020 through April 1, 2020. Debtor's monthly mortgage payment is $879.21. Movant has incurred attorney fees and costs totaling $1,131.00, thereby increasing the post-petition delinquency to $4,636.00.

2. Debtor has tendered payments totaling $2,730.00, the receipt of which is acknowledged, thereby reducing the post-petition arrearage to $1,906.00.

3. Within thirty (30) days of the date of this Stipulation, the Debtor shall file an Amended Chapter 13 Plan to provide cure for the balance of the post-petition delinquency in the amount of $3,505.00 and attorney fees and costs of $1,131.00, less $2,730.00 for payments made, for a total of $1,906.00 as referenced in Paragraph1 1-2 of this Stipulation.

4. Upon filing of the Amended Chapter 13 Plan, Movant shall amend its Proof of Claim to include the balance of the post-petition delinquency in the amount of $3,505.00 and attorney fees and costs of $1,131.00, less $2,730.00 for payments made, for a total of $1,906.00 as referenced in Paragraph1 1-2 of this Stipulation.

5. Debtor shall resume making regular monthly mortgage payments in the amount. of $879.21 beginning on May 1, 2020

6. All payments are to be made payable to LSF10 Master Participation Trust at the following address: c/o Caliber Home Loans, Inc., P.O. Box 24330, Oklahoma City, Oklahoma 73124.

7. The last four digits of your loan number 2795. Please remember to write your entire account number on the lower left-hand corner of your payment to ensure proper processing.

8. Should Debtor fail to comply with any of the terms of this Stipulation, including but not limited to, failure to file an Amended Chapter 13 Plan providing for cure of the post-petition delinquency, failure to make the above described payments, or any regular monthly

mortgage payment commencing after the cure of the post-petition delinquency, then Movant may send Debtor and counsel a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for Movant may file a Certification of Default with the Court. Said Certification of Default may include a certification of Debtor's failure to pay subsequent payments that fall due after the date of the notice of default. Upon Certification, the Court shall enter an Order granting relief from the automatic stay as to the mortgaged property.

9. In the event the Debtor converts his/her case to Chapter 11, the terms of this Stipulation shall remain in full force and effect. In the event that Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of the date of conversion. Failure to cure the arrears shall constitute an event of default under this Stipulation and Movant may send Notice of Default and certify default as set forth in the preceding paragraph.

10. Attorney fees and costs for issuing Notice to Cure, Notice / Certificate / Affidavit of Default, and order for relief are recoverable and may be added to the arrearage.

11. Counsel for Debtor has authority to settle this matter on behalf of his/her clients.

__/s/ Ann E. Swartz_____
Ann E. Swartz, Esquire
Lauren M. Moyer, Esquire
McCabe, Weisberg & Conway, LLC
123 S. Broad Street
Suite 1400
Philadelphia, PA 19109
Attorney for Movant

_____5/18/2020_____
Date


__/s/ Brenna Hope Mendelsohn_____
BRENNA HOPE MENDELSOHN, ESQ.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, Pennsylvania 19601
Attorney for Debtor

___5/18/2020_____
Date

SCOTT F. WATERMAN, ESQ.
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

_____
Date