UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  Kelly A. Piehl<br><br>                    Debtor(s)<br>          and<br><br>     John S. Piehl<br><br>                    Codebtor(s)<br><br>LSF10 Master Participation Trust, or its<br>Successor or Assignee<br>                    Movant<br>          vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Kelly A. Piehl<br>John S. Piehl<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 18-10177-pmm |

**ORDER GRANTING SETTLEMENT STIPULATION**

It is hereby ORDERED that the Stipulation to Settle Motion of LSF10 Master Participation Trust for Relief from the Automatic Stay is hereby APPROVED.

BY THE COURT:

*Patricia M. Mayer*

**Date: May 27, 2020**

Patricia M. Mayer, Bankruptcy Judge