United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 18-10177-pmm
Kelly A Piehl                                                                             Chapter 13
              Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4              User: John                    Page 1 of 1              Date Rcvd: May 27, 2020
                                 Form ID: pdf900               Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2020.
jdb            +Kelly A Piehl,    15 Klapperthal Road,    Reading, PA 19606-9504
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14209306       +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 28 2020 04:42:24
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 28 2020 04:42:40     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                            TOTAL: 2

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +LSF10 Master Participation Trust c/o Caliber Home,    13801 Wireless Way,
                Oklahoma City, OK 73134-2500
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 29, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 27, 2020 at the address(es) listed below:
              ANN E. SWARTZ   on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              BRENNA HOPE MENDELSOHN   on behalf of Joint Debtor Kelly A Piehl tobykmendelsohn@comcast.net
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JEREMY JOHN KOBESKI   on behalf of Creditor    LSF10 MASTER PARTICIPATION TRUST paeb@fedphe.com
              REBECCA ANN SOLARZ   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
              ROLANDO  RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                            TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    Kelly A. Piehl

                        Debtor(s)
                and

        John S. Piehl

                        Codebtor(s)

LSF10 Master Participation Trust, or its
Successor or Assignee
                        Movant
                vs.

SCOTT F. WATERMAN (Chapter 13), Trustee
Kelly A. Piehl
John S. Piehl
                        Respondent(s)

Chapter 13
Bankruptcy No. 18-10177-pmm

## ORDER GRANTING SETTLEMENT STIPULATION

It is hereby ORDERED that the Stipulation to Settle Motion of LSF10 Master

Participation Trust for Relief from the Automatic Stay is hereby APPROVED.


BY THE COURT:


**Date: May 27, 2020**

Patricia M. Mayer, Bankruptcy Judge