| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 18-10177-PMM

KELLY S. PIEHL  
15 KLAPPERTHAL ROAD  
READING  PA   19606

Petition Filed Date: 01/11/2018  
341 Hearing Date: 03/13/2018  
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $150.00 | 17865414776 | 02/28/2019 | $150.00 | 17888841817 | 03/26/2019 | $150.00 | 17888842368 |
| 04/26/2019 | $150.00 | 17959808883 | 05/22/2019 | $150.00 | 17865414988 | 07/08/2019 | $200.00 | 17841654255 |
| 08/01/2019 | $200.00 | 17672012676 | 08/29/2019 | $200.00 | 17672012374 | 10/10/2019 | $200.00 | 17672013176 |
| 10/30/2019 | $200.00 | 19034662416 | 12/02/2019 | $200.00 | 19054940502 | 12/27/2019 | $200.00 | 19056660453 |
| 01/22/2020 | $200.00 | 19056659672 | 02/25/2020 | $200.00 | 19056660190 | 03/27/2020 | $200.00 | 19054940253 |
| 04/21/2020 | $200.00 | 17959808352 | 05/27/2020 | $200.00 | 19104139392 | 06/23/2020 | $200.00 | 19104140207 |
| 07/22/2020 | $200.00 | 19131638732 | | | | | | |

**Total Receipts for the Period: $3,550.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | CALIBER HOME LOANS INC<br>»» 002 | Mortgage Arrears | $24,492.28 | $0.00 | $24,492.28 |
| 4 | MERRICK BANK<br>»» 004 | Unsecured Creditors | $871.08 | $0.00 | $871.08 |
| 3 | MET-ED<br>»» 003 | Unsecured Creditors | $1,188.72 | $0.00 | $1,188.72 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 001 | Unsecured Creditors | $972.59 | $0.00 | $972.59 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 005 | Attorney Fees | $2,875.00 | $2,875.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»» 05P | Attorney Fees | $2,000.00 | $1,692.40 | $307.60 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,917.60 | $0.00 | $1,917.60 |
| 5 | CALIBER HOME LOANS INC<br>»» 02P | Mortgage Arrears | $1,906.00 | $0.00 | $1,906.00 |

**Chapter 13 Case No. 18-10177-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,200.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $4,567.40 | Arrearages: | $75.00 |
| Paid to Trustee: | $452.60 | Total Plan Base: | $36,062.23 |
| Funds on Hand: | $180.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.