Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 18-10177-PMM**

KELLY S. PIEHL  
15 KLAPPERTHAL ROAD  
READING  PA    19606

Petition Filed Date: 01/11/2018  
341 Hearing Date: 03/13/2018  
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/22/2020 | $200.00 | 19056659672 | 02/25/2020 | $200.00 | 19056660190 | 03/27/2020 | $200.00 | 19054940253 |
| 04/21/2020 | $200.00 | 17959808352 | 05/27/2020 | $200.00 | 19104139392 | 06/23/2020 | $200.00 | 19104140207 |
| 07/22/2020 | $200.00 | 19131638732 | 08/26/2020 | $200.00 | 19162138912 | 09/25/2020 | $200.00 | 19054939805 |
| 11/02/2020 | $200.00 | 19120929791 | 12/01/2020 | $200.00 | 19162138463 | 12/30/2020 | $200.00 | 19162139310 |
| 01/27/2021 | $200.00 | 19187994997 | 03/12/2021 | $200.00 | 19187995862 | 03/30/2021 | $200.00 | 19244834349 |
| 04/30/2021 | $200.00 | 19244833744 | 06/01/2021 | $200.00 | 19272641422 | | | |

**Total Receipts for the Period: $3,400.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,200.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 2 | SN SERVICING CORPORATION<br>»»  002 | Mortgage Arrears | $24,492.28 | $0.00 | $24,492.28 |
| 4 | MERRICK BANK<br>»»  004 | Unsecured Creditors | $871.08 | $0.00 | $871.08 |
| 3 | MET-ED<br>»»  003 | Unsecured Creditors | $1,188.72 | $0.00 | $1,188.72 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  001 | Unsecured Creditors | $972.59 | $0.00 | $972.59 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»»  005 | Attorney Fees | $2,875.00 | $2,875.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»»  05P | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,917.60 | $0.00 | $1,917.60 |
| 5 | SN SERVICING CORPORATION<br>»»  02P | Mortgage Arrears | $1,906.00 | $0.00 | $1,906.00 |

**Chapter 13 Case No. 18-10177-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,200.00 | Current Monthly Payment: | $225.00 |
| Paid to Claims: | $4,875.00 | Arrearages: | $100.00 |
| Paid to Trustee: | $610.60 | Total Plan Base: | $36,062.23 |
| Funds on Hand: | $1,714.40 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.