United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-10177-pmm

Kelly A Piehl     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Jan 19, 2022     Form ID: pdf900     Total Noticed: 4

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Kelly A Piehl, 15 Klapperthal Road, Reading, PA 19606-9504 |
| cr | + | LSF10 MASTER PARTICIPATION TRUST, c/o LAUREN MOYER, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| cr | + | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| cr | + | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Kelly A Piehl tobykmendelsohn@comcast.net |
| JEREMY J. KOBESKI | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST jkobeski@grenenbirsic.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jan 19, 2022 | Form ID: pdf900 | Total Noticed: 4

LORRAINE GAZZARA DOYLE
    on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Igloo Series IV Trust ldoyle@milsteadlaw.com, bankruptcy@friedmanvartolo.com

MARISA MYERS COHEN
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com  mcohen@mwc-law.com

REBECCA ANN SOLARZ
    on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Kelly A Piehl,                  :        Chapter 13
           Debtor             :        Bankruptcy No. 18-10177-pmm

## ORDER

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,290.00 as legal fees from 12/22/21-12/28/21This amount may be paid pursuant to the terms of the confirmed Plan.

BY THE COURT

Dated: 1/19/22

_____
Patricia M. Mayer
U.S. Bankruptcy Judge