Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-10177-PMM**

KELLY S. PIEHL  
15 KLAPPERTHAL ROAD  
READING  PA   19606

Petition Filed Date: 01/11/2018  
341 Hearing Date: 03/13/2018  
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/30/2021 | $200.00 | 19244833744 | 06/01/2021 | $200.00 | 19272641422 | 06/23/2021 | $200.00 | 19272640624 |
| 07/28/2021 | $200.00 | 19272641078 | 08/30/2021 | $200.00 | 19226552698 | 09/23/2021 | $200.00 | 19305976667 |
| 11/01/2021 | $200.00 | 19305976302 | 11/24/2021 | $200.00 | 19226552300 | 12/28/2021 | $200.00 | 19021138659 |
| 02/07/2022 | $225.00 | 19347692374 | 02/24/2022 | $225.00 | 19021139155 | 03/25/2022 | $225.00 | 19361493607 |
| 04/26/2022 | $225.00 | 19361494112 | 05/25/2022 | $225.00 | 19392620935 | 06/22/2022 | $225.00 | 19392620499 |
| 07/26/2022 | $225.00 | 19347692559 | | | | | | |

**Total Receipts for the Period: $3,375.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,175.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 2 | SN SERVICING CORPORATION<br>»»  002 | Mortgage Arrears | $24,492.28 | $1,343.81 | $23,148.47 |
| 4 | MERRICK BANK<br>»»  004 | Unsecured Creditors | $871.08 | $0.00 | $871.08 |
| 3 | MET-ED<br>»»  003 | Unsecured Creditors | $1,188.72 | $0.00 | $1,188.72 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  001 | Unsecured Creditors | $972.59 | $0.00 | $972.59 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»»  005 | Attorney Fees | $2,875.00 | $2,875.00 | $0.00 |
| 5 | MENDELSOHN & MENDELSOHN PC<br>»»  05P | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,490.00 | $1,490.00 | $0.00 |
| 5 | SN SERVICING CORPORATION<br>»»  02P | Mortgage Arrears | $1,906.00 | $94.77 | $1,811.23 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 18-10177-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $10,175.00 | Current Monthly Payment: | $200.00 |
| Paid to Claims: | $9,093.58 | Arrearages: | ($375.00) |
| Paid to Trustee: | $864.60 | Total Plan Base: | $37,707.00 |
| Funds on Hand: | $216.82 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.