United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                          Case No. 18-10177-pmm
Kelly A Piehl                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                    User: admin                                     Page 1 of 3
Date Rcvd: Jul 14, 2023                 Form ID: pdf900                                 Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Kelly A Piehl, 15 Klapperthal Road, Reading, PA 19606-9504 |
| cr | + | LSF10 MASTER PARTICIPATION TRUST, c/o LAUREN MOYER, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14038523 | + | Acc Adv Agnc, 510 N Park Rd, Wyomissing, PA 19610-2941 |
| 14038524 | + | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14038532 | + | Commercial Acceptance, 2 W. Main St, Shiremanstown, PA 17011-6326 |
| 14038533 | + | Credit Protection Asso, 13355 Noel Rd Ste 2100, Dallas, TX 75240-6837 |
| 14046177 | + | Ditech Financial LLC, KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14063247 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14038534 | + | Ditech Financial Llc, 332 Minnesota St Ste 610, Saint Paul, MN 55101-1314 |
| 14516359 | #+ | LSF10 MASTER PARTICIPATION TRUST, c/o LAUREN MOYER, McCabe, Weisberg & Conway, LLC, 123 South Broad Street, Suite 1400, Philadelphia, PA 19109-1060 |
| 14347411 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jul 15 2023 00:45:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 15 2023 00:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | ^ | MEBN | Jul 15 2023 00:43:55 | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14038531 | | Email/Text: compliancebankruptcy@bylcompanies.com | Jul 15 2023 00:45:00 | Byl Svc, 301 Lacey St, West Chester, PA 19382 |
| 14038535 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 15 2023 00:46:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 14209306 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jul 15 2023 00:46:00 | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14077476 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2023 00:50:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14055496 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:45:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 14038536 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2023 00:50:38 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14068197 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Jul 15 2023 00:45:00 | Met Ed, 101 Crawford's Corner Rd Bldg # 1 Suite, Holmdel, NJ 07733-1976 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 14038537 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:45:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14574623 | ^ | MEBN | Jul 15 2023 00:44:14 | SN Servicing Corporation, servicer for U.S. Bank Trust, c/o Lorraine Gazzara Doyle, Esq, 1325 Franklin Ave, Ste 230, Garden City, NY 11530-1631 |
| 14603192 | ^ | MEBN | Jul 15 2023 00:43:54 | U.S. Bank Trust National Association, as, Trustee of the Bungalow Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14554902 | ^ | MEBN | Jul 15 2023 00:43:54 | U.S. Bank Trust National Association, as, Trustee of the Igloo Series IV Trust, SN Servicing Corporation, 323 5th Street, Eureka CA 95501-0305 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | *+ | LSF10 Master Participation Trust c/o Caliber Home, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14038525 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14038526 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14038527 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14038528 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14038529 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14038530 | *+ | Arcadia, 645 Penn St, Reading, PA 19601-3559 |
| 14604658 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14604693 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14658164 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 1 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2023        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANN E. SWARTZ | on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| BRENNA HOPE MENDELSOHN | on behalf of Joint Debtor Kelly A Piehl tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 25 |

    on behalf of Creditor Ditech Financial LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

JEREMY J. KOBESKI
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST jkobeski@grenenbirsic.com

MARISA MYERS COHEN
    on behalf of Creditor LSF10 MASTER PARTICIPATION TRUST ecfmail@mwc-law.com mcohen@mwc-law.com

ROGER FAY
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust rfay@milsteadlaw.com, bkecf@milsteadlaw.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KELLY A. PIEHL<br><br>                    Debtor | Chapter 13<br><br>Bankruptcy No. 18-10177-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: July 13, 2023**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE